JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7223
   Facsimile: (415) 436- 7234
   E-mail: barbara.silano@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE RICARDO LEON, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 10-00179 WHA <br><br> [P̶R̶O̶P̶O̶S̶E̶D̶] S<small>PEEDY</small> T<small>RIAL</small> O<small>RDER</small> |

GOOD CAUSE APPEARING, and both sides having so stipulated, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by excluding time from April 12, 2010 to April 14, 2010 and from April 16, 2010 to May 11, 2010 outweigh the best interest of the public and the defendant in a speedy trial. The case involves approximately seven months of overlapping wiretaps, many of which are in the Spanish language and thousands of pages of documents which must be reviewed by the defense. Moreover, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(B) that failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1  Accordingly, IT IS HEREBY ORDERED that the time period between April 12, 2010 and
2  April 14, 2010 and the time period between April 16, 2010 and May 11, 2010 is excluded from
3  calculations pursuant to 18 U.S.C. §3161(h)(7)(A) and B.

DATED: 21 Apr 2010

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

SPEEDY TRIAL ORDER                              2