IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00179 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING DEADLINE FOR REQUESTED BRIEFING** |
| JOSE RICARDO LEON, | |
| Defendant. | |

    The memoranda requested by the Court at the August 31 hearing in this case shall be filed by **NOON ON SEPTEMBER 10, 2010.**

    **IT IS SO ORDERED.**

Dated: September 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE