IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JORGE SAAVEDRA-MORA,

    Defendant.

No. CR 10-00179 WHA

**NOTICE RE DEFENDANT'S MOTION TO MODIFY OR REDUCE SENTENCE**

    *Pro se* defendant Jorge Saavedra-Mora has submitted a motion to modify or reduce his sentence by two base offense levels, "in accordance to the Drug Quantity Table § 1B1.10 effective date of this amendment is November 1, 2014" (Dkt. No. 122 at 1). The government and the probation office are hereby requested to respond by **5:00 PM ON DECEMBER 19, 2014.**

Dated: December 10, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE